# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2025 KW 0825

**OCTOBER 23, 2025**

---

In Re: Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's request for a free copy of his **Boykin** transcript, the minute entries, and the bill of information, filed February 4, 2025, on or before December 5, 2025, if it has not already done so.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT